**FILED**

APR 2 5 2013

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM FREDRICK SCHROEDER,<br><br>Defendant. | Case No. CR-13-09-H-SEH<br><br>**ORDER APPOINTING COUNSEL: THE FEDERAL DEFENDER** |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney listed below is appointed to represent the Defendant at every stage of the proceedings from the initial appearance through appeal, including ancillary matters appropriate to the proceedings:

> MICHAEL DONAHOE
> Assistant Federal Defender
> Federal Defenders of Montana

Mountain West Bank Building
Great Northern Town Center
50 West 14th, Ste 300
Helena, Montana 59624
michael_donahoe@fd.org
Phone: (406) 449-8381
Fax: (406) 449-5651

IT IS FURTHER ORDERED that the Defendant shall pay the sum of ____0____ DOLLARS ($__0__) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $__0__ shall be made on or before _____, and each subsequent payment shall be made on or before the _____ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 25 day of April, 2013.

_____
KEITH STRONG
UNITED STATES MAGISTRATE JUDGE