MICHAEL DONAHOE
Assistant Federal Defender
Federal Defenders of Montana
Mountain West Bank Building
Great Northern Town Center
50 West 14th, Suite 300
Helena, Montana 59624
michael_donahoe@fd.org
Phone: (406) 449-8381
Fax: (406) 449-5651
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

| UNITED STATES OF AMERICA, | **Case No. CR-13-09-H-SEH** |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |
| vs. | |
| WILLIAM FREDRICK SCHROEDER, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant, William Fredrick Schroeder, by and through his Counsel Michael Donahoe, Deputy Federal Defender of the Federal Defenders of Montana, delivered a formal discovery request in letter format dated April 25, 2013, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 25th day of April, 2013.

                            /s/ Michael Donahoe

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on April 25, 2013, a copy of the foregoing document was served on the following persons by the following means:

 1, 2   CM-ECF
 _____  Hand Delivery
   3    Mail
 _____  Overnight Delivery Service
 _____  Fax
 _____  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. JOSEPH E. THAGGARD
   OLE OLSON
   Assistant United States Attorneys
   United States Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
   　　Counsel for the United States

3. WILLIAM FREDRICK SCHROEDER
   　　Defendant

　　　　　　　　　　　　　　　　/s/ Michael Donahoe