**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone:   (406) 542-8851**
**FAX:     (406) 542-1476**
**Email:   Cyndee.Peterson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM FREDRICK SCHROEDER,**<br><br>Defendant. | **CR 13-09-H-DLC**<br><br>**NOTICE OF STUDENT PARTICIPATION AND SUPERVISING ATTORNEY'S CERTIFICATION** |

I, Cyndee L. Peterson, notify the Court that Student Intern Kelsey Sabol will participate in this case under D. Mont. L.R. 83.7 and L.R. CR 1.1.   I certify as follows:

1.     I will assist and counsel Kelsey Sabol in all work performed in this

1

case.

2.　I accept full personal and professional responsibility for all work performed by the student.

3.　I have explained to the client the terms under which Kelsey Sabol will participate in this case.

4.　I will ensure that at least one supervising attorney is present in person throughout the student's presentations in open court.   Ms. Sabol will assist with the revocation hearing scheduled on January 19, 2021, and a supervising attorney will be present at the hearing to assist and counsel Ms. Sabol.

5.　I will ensure that at least one supervising attorney signs all written submissions in which the student participates and briefly notes the student's participation.

6.　Forms J, K, and L are attached to this Notice as exhibits.

Respectfully submitted this 13th day of January, 2021.

> LEIF M. JOHNSON
> Acting United States Attorney
>
> */s/ Cyndee L. Peterson*
> Assistant U.S. Attorney
> Attorney for Plaintiff