PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA
## Report on Offender Under Supervision

**Name of Offender:** William Fredrick Schroeder  **Docket Number:** 0977 6:13CR00009-001

**Name of Sentencing Judicial Officer:** THE HONORABLE DANA L. CHRISTENSEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/16/2013

**Original Offense:** 18:2252.F; SEXUAL EXPLOITATION OF MINORS

**Original Sentence:** 96 months custody, 180 months supervised release
**Date of Revocation:** January 21, 2021
**Revocation Sentence:** 6 months Bureau of Prisons; 174 months Supervised Release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/28/2021

## NON-COMPLIANCE SUMMARY

### Background

On 10/16/2013, the defendant appeared for sentencing before THE HONORABLE DANA L. CHRISTENSEN, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:2252.F; SEXUAL EXPLOITATION OF MINORS. The offense involved the defendant raping a 13-year-old female on February 13, 2013. A review of text messages dated February 12, 2013, outlined a conversation indicating the defendant also had sex with the victim on February 11, 2013. The defendant met the victim when he worked at her grandparents' restaurant. The defendant and victim exchanged phone numbers at the victim's mother's wedding and they began communicating via phone conversation and through text messaging. During the course of the investigation, law enforcement searched the defendant's cell phones. It was determined the victim and defendant had sexually explicit conversations between February 8, 2013, and February 12, 2013. It was also determined that between November 2012 and January 2013, the victim sent four sexually explicit photos of herself to the defendant. Two of these photos were full frontal nude photos of the victim. The other two photos focused directly on the victim's genitals. The defendant was sentenced to 96 months custody, followed by 15 years supervised release. The defendant began that term of supervised release on 12/20/2019.

On 01/10/2020, a Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender was submitted requesting the Court modify the defendant's conditions of supervised release to conform with Ninth Circuit case law decisions. The Court agreed with the undersigned officer's recommendation, and the defendant's conditions of supervised release were modified.

On 01/21/2021, the defendant's supervised release was revoked for interaction with person convicted of felony without permission from Probation Officer, unauthorized contact with a minor, failure to provide truthful answers to Probation Officer, and failure to successfully complete sex

Report on Offender Under Supervision
Name of Offender: William Fredrick Schroeder
Page 2

offender treatment program. He was sentenced to six (6) months custody, followed by 174 months supervised release. He began his current term of supervision on 06/28/2021.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special condition:** You must not knowingly acquire, possess, or view any materials depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), if the materials, taken as a whole, are primarily designed to arouse sexual desire, unless otherwise approved by the probation officer in conjunction with your sex offender treatment provider. This condition applies to written stories, visual, auditory, telephonic, or electronic media, computer programs or services, and any visual depiction as defined in 18 U.S.C. § 2256(5). You must not knowingly patronize any place where sexually explicit material or entertainment is the primary item of sale, such as adult bookstores, clubs, or Internet sites, unless otherwise approved by the probation officer in conjunction with your sex offender treatment provider. You must not utilize 900 or adult telephone numbers or any other sex-related numbers, or on-line chat rooms that are devoted to the discussion or exchange of sexually explicit materials as defined above. |

On 01/24/2022, the defendant was contacted as part of a suspected SMS scam, in which he received a random text message from an artificial entity pretending to be a female and culminated to the point where two sexually explicit images were sent to the defendant. The defendant admitted to viewing the images.

**U.S. Probation Officer Action:**

The defendant's phone was thoroughly inspected following the above incident and no additional contraband was discovered. The noted scam has been reported in other cases; however, the defendant acknowledged his part in receiving the images. The issue was processed with his sex offender treatment provider, and he will continue to address various risk factors through treatment and supervision. At this time, the undersigned officer respectfully recommends the noted interventions in lieu of formal action. The defendant was warned that subsequent instances of noncompliance may adversely impact his sentence.

Reviewed

By: *Martin L Hylland*
Martin Hylland
Supervising United States Probation Officer
Date: 02/01/2022

Respectfully Submitted

By: *Sarah Evans*
Sarah Evans
United States Probation Officer
Date: 02/01/2022

Report on Offender Under Supervision
Name of Offender: William Fredrick Schroeder
Page 3

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Agrees with U.S. Probation Officer's recommendation

*Dana L. Christensen* (signature)
Dana L Christensen
United States District Judge

2/1/2022
Date